19 So.2d 364

### James CARTER v. STATE.

#### 8 Div. 294.

Supreme Court of Alabama.

Oct. 5, 1944.

Proctor & Snodgrass, of Scottsboro, for petitioner.

Wm. N. McQueen, Acting Atty. Gen., and John O. Harris, Asst. Atty. Gen., opposed.

THOMAS, Justice.

Petition of James Carter for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Carter v. State, 31 Ala.App. 526, 19 So.2d 361.

Writ denied.

FOSTER, LIVINGSTON, STAKELY, and SIMPSON, JJ., concur.